FILED IN CLERK'S OFFICE
U S D C Atlanta

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

NOV 24 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

JAMES N. HATTEN, CLERK
By: _____
(Deputy Clerk)

Leslie Sean Pruitt #101537
(Enter above the full name and prisoner
identification number of the plaintiff.)

1:06-CV-2869-MHS

-vs-

Joseph Kelley
David McDade
James Haynes U.S. Marshalls
(Enter above the full name of the defendant(s))

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with (1) the same facts involved in this action, or (2) otherwise relating to your imprisonment?

   Yes ( )    No (X)

   B. If your answer to A (1) or (2) is yes, describe each lawsuit in the space below and tell us whether the "old" case involves the same facts or other issues. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline )

   1. Parties to this previous lawsuit

      Plaintiff(s): _____N/A_____

      Defendant(s): _____N/A_____

   2. Court (if federal court, name the district; if state court, name the county): _____N/A_____

   3. Docket Number _____

I. **Previous Lawsuits (Cont'd)**

    4. Name of judge to whom case was assigned: _N/A_

    5. Did the previous case involve the same facts?

        Yes ( )    No ( )

    6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

    7. Approximate date of filing lawsuit: _N/A_

    8. Approximate date of disposition: _N/A_

II. **Exhaustion of Administrative Remedies**
    A. Place of Present Confinement: _MACON STATE PRISON_

    B. Is there a prisoner grievance procedure in this institution?
        Yes (X)    No ( )

    C. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
        Yes ( )    No (X)

    D. If your answer is YES
        1. What steps did you take and what were the results? _N/A_

        2. If your answer is NO, explain why not: _Because this is dealing with an agency, not Department of Corrections_

III. **Parties**
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff(s) _Leslie Pruitt_
    _PO Box 426 Oglethorpe GA. 31068_

## III. Parties (Cont'd)

Address(es): _____
_____ N/A _____
_____

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any)

B Defendant(s): JOSEPH KELLEY
DAVID MC DADE
JAMES HAYNES U.S. MARSHALLS

Employed as INVESTIGATOR, DISTRICT ATTORNEY
SHERIFF

at Douglas County SHERIFFS Office, Douglas County Superior Ct.
Sheriff office, Superior Court Etowah County Gadsden, AL

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Petitioner was Illegally Tried by Douglas County for an alledged Murder at Interstate I-20 West Chapel Hill Rd Exit 9 which is Carrol County. This is a violation of Petitioners 6th Amendment of The Constitution. Petitioner has right to be tried by County which Alledged Crimes occured, which would be Carrol County not Douglas County. This is the part of The Investigator Joseph Kelley who came to Crime Scene and Investigated the Crime Scene out of his Jurisdiction Illegally, which he falsified Evidence In this case against Petitioner, David Mc Dade Illegally tried the defendant on the alledged murder on August 21, 1997 which he did not have Subject Matter Jurisdiction of I-20 West Chapel hill Exit 9 In Carrol County. This is a violation of petitioners due process of Law and 6th Amendment of the Constitution of The United State of America.

**IV.   Statement of Claim (Cont'd)**

Sheriff James Haynes of Etowah County, Gadsden Alabama had Petitioner Illegally Restrained under Douglas County's authority based upon a Governor's warrant that was never produced or executed, which is a violation of Petitioners 4th Amendment and a violation of Petitioners Due Process of Law. David McDade tried the Petitioner on charges that he did not have Subject matter Jurisdiction in this case. Petitioner was illegally extradited across state lines without an Alabama Governor's warrant or affidavit on Sept 26, 1997. Petitioner was denied Legal Counsel before being extradited In Etowah County Jail by James Haynes which is a violation of 4th Amendment Petitioners Rights and Due Process of Law

**V.   Relief**
State briefly exactly what you want the Court to do for you   **Make no legal arguments. Cite no cases or statutes.**

Protect my Constitutional Rights, Reverse This Illegal Conviction and have U.S. Marshall to Investigate this Conspiracy Against Petitioner

## V. Relief (Cont'd)

~~_____~~

Signed this  26  day of  October , 20 06.

_Leylee Pruitt_
Signature of Plaintiff

STATE OF  Georgia
COUNTY (CITY) OF  Macon, Oglethorpe

I declare under penalty of perjury that the foregoing is true and correct

EXECUTED ON  10/26/06
(Date)

_Leylee Pruitt_
Signature of Plaintiff